IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD CLARENCE FROST, #259485 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-752-TMH |
| ) | [wo] |
| DEWAYNE ESTES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION AND ORDER**

On January 14, 2014, the Magistrate Judge filed a Recommendation in this case dismissing this 28 U.S.C. § 2254 petition without prejudice to afford Frost an opportunity to exhaust all state court remedies available to him. (Doc. #17.) No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

DONE this the 7th day of March, 2014.

/s/   Mark E. Fuller
UNITED STATES DISTRICT JUDGE